# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 222 |
| | : | |
| AMENDMENT OF RULE 219 OF THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA RULES OF | : | |
| DISCIPLINARY ENFORCEMENT | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2022, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. No. 103(a)(3),

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 219 of the Rules of Disciplinary Enforcement is amended in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective immediately.

Additions to the rules are in bold and are underlined.
Deletions from the rules are shown in bold and brackets.